| No | IP | Port | Client | Hit Date UTC | File Name |
|---|---|---|---|---|---|
| 1 | 75.163.166.201 | 17433 | [unknown Client] | 12/12/2015 01:34:08 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 2 | 98.245.167.4 | 61547 | µTorrent 3.0.0 | 12/12/2015 02:02:11 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 3 | 73.203.0.9 | 21690 | [unknown Client] | 12/12/2015 04:16:31 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 4 | 75.71.122.245 | 53948 | Transmission 2.8.4 | 12/12/2015 11:27:07 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 5 | 67.134.98.127 | 52224 | µTorrent 3.4.5 | 12/12/2015 14:52:45 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 6 | 50.183.182.157 | 64161 | BitComet 0.1.3 | 12/12/2015 23:41:13 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 7 | 75.71.113.6 | 15483 | µTorrent 3.4.5 | 12/13/2015 14:58:48 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 8 | 97.118.58.141 | 58148 | µTorrent 3.4.5 | 12/13/2015 19:59:22 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 9 | 75.71.33.117 | 11793 | µTorrent 2.2.1 | 12/13/2015 20:33:48 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 10 | 107.2.214.176 | 34616 | µTorrent 3.4.5 | 12/13/2015 20:48:42 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 11 | 24.9.241.37 | 25021 | BitTorrent 7.9.5 | 12/14/2015 05:44:30 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 12 | 50.141.113.0 | 55075 | BitTorrent 7.9.5 | 12/16/2015 00:19:34 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 13 | 174.51.97.16 | 46822 | µTorrent 3.4.5 | 12/16/2015 06:27:56 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 14 | 70.58.175.246 | 52722 | [unknown Client] | 12/17/2015 11:27:53 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 15 | 50.152.0.104 | 44802 | µTorrent 3.4.3 | 12/21/2015 03:50:40 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 16 | 71.229.183.225 | 42608 | BitTorrent 7.9.5 | 12/27/2015 02:32:08 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 17 | 73.34.185.126 | 25784 | µTorrent 3.4.5 | 12/27/2015 21:56:32 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 18 | 71.237.89.185 | 44022 | µTorrent 3.4.0 | 01/01/2016 18:03:21 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 19 | 174.16.219.249 | 56752 | µTorrent 3.4.5 | 01/07/2016 18:15:42 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |
| 20 | 97.121.190.211 | 35416 | BitTorrent 7.9.5 | 01/09/2016 21:59:38 | Pay the Ghost 2015 BluRay 720p DTS x264-ETRG |

| File Hash | ISP | Region | City | Province |
|---|---|---|---|---|
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | CenturyLink | Colorado | Colorado Springs | El Paso County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Boulder | Boulder County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Castle Rock | Douglas County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Fort Collins | Larimer County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | CenturyLink | Colorado | Peyton | El Paso County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Windsor | Weld County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | CenturyLink | Colorado | Denver | Denver County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Colorado Springs | El Paso County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Pueblo | Pueblo County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Denver | Denver County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | CenturyLink | Colorado | Colorado Springs | El Paso County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Aurora | Adams County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Littleton | Arapahoe County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Greeley | Weld County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | Comcast Cable | Colorado | Boulder | Boulder County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | CenturyLink | Colorado | Denver | Denver County |
| SHA1: F8DBA86606282A86A38ACC6117D351FE103F801F | CenturyLink | Colorado | Colorado Springs | El Paso County |