# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

**PA 1-957-914**

Effective Date of Registration:
October 01, 2015

## Title

| | |
|---|---|
| Title of Work: | Pay the Ghost |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | September 16, 2015 |
| Nation of 1st Publication: | Philippines |

## Author

| | |
|---|---|
| • Author: | PTG Nevada, LLC |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | PTG Nevada, LLC |
| | 116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay |
| Previous registration and year: | TXu001920050 |
| New material included in claim: | all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects |

## Certification

| | |
|---|---|
| Name: | Emilie Kennedy |
| Date: | September 25, 2015 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1