IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00455-WYD-MEH

PTG NEVADA, LLC,

    Plaintiff,

v.

JOHN DOES 1-20,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2016.**

    Plaintiff's Second Request [Motion] for Extension of Time to Serve Defendants [filed June 27, 2016; docket #20] is **granted in part and denied in part**. Plaintiff shall serve the remaining Defendants on or before July 7, 2016.