## AFFIDAVIT OF SERVICE

| Case: 16 CV 00455 WYD-MEH | Court: United States District Court for the District of Colorado | County: Denver, CO | Job: 940798 (PTG Nevada, LLC v. Duff Knott) |
|---|---|---|---|
| **Plaintiff / Petitioner:** PTG NEVADA, LLC, a Nevada limited liability company | | **Defendant / Respondent:** DUFF KNOTT | |
| **Received by:** Checkmate, Inc. on July 6, 2016 at 2:32 pm | | **For:** Brown & Kannady, LLC | |
| **To be served upon:** DUFF KNOTT | | | |

I, Chris Mischek, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein.

**Recipient Name / Address:** SHERRY KNOTT, Wife / 1591 Monterey Parkway, Severance, County of Weld, CO 80550

**Manner of Service:** Personal Service at usual place of abode, on July 7, 2016 at 8:54 pm

**Documents:** SUMMONS IN A CIVIL ACTION and FIRST AMENDED COMPLAINT and EXHIBITS A & B and MINUTE ORDER and NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE

**Additional Comments:**

_/s/ Chris Mischek_
Chris Mischek

STATE of COLORADO
County of Larimer
Subscribed and sworn to before me by the Affiant who is personally known to me.

_Dianna S Moses_
Notary Public

7/13/16
Date                    Commission Expires

DIANNA L. MOSES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20024033134
MY COMMISSION EXPIRES 10-10-2018