**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

PTG NEVADA, LLC,
a Nevada limited liability company

**MONTHLY STATUS REPORT**

COMES NOW PTG Nevada, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 16-cv-00455-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on March 4, 2016. Plaintiff named Duff Knott as the Defendant on June 30, 2016. Duff Knott was served on July 7, 2016.

**Civil Action No. 16-cv-00852-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on March 22, 2016. Plaintiff Dismissed Doe 3 on June 29, 2016.

**Civil Action No. 16-cv-00880-WYD-MEH:** Plaintiff served subpoenas on the Internet Service Providers Comcast Cable Communications, LLC and CenturyLink QC on March 22, 2016. Plaintiff Dismissed Doe 6 on July 11, 2016.

Respectfully submitted this 11th day of August, 2016.

BROWN & KANNADY, LLC

**/s/ Scott T. Kannady**

Scott T. Kannady, No. 29995
2000 South Colorado Blvd., Suite 2-440
Denver, CO 80222
Phone: (303) 757-3800
Fax: (303) 757-3815
E-mail: scott@brownlegal.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

  I hereby certify that on July 11, 2016, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

         By: /s/ Brian Ernst
         Brian C. Ernst, Attorney
         Brown & Kannady, LLC