**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00455-WYD-MEH

PTG NEVADA, LLC
a Nevada limited liability company,

    Plaintiff,

v.

DUFF KNOTT,
an individual resident of the State of Colorado

    Defendant.

---

STIPULATION TO DISMISS CASE WITH PREJUDICE

---

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Parties, appearing through their respective counsel, stipulate to dismiss all claims and counter claims in this case, with prejudice, each party to bear their own costs and attorney fees.

DATED this 28th day of September, 2016.

**BY THE PARTIES:**

/s/ Scott T. Kannady  
Scott T. Kannady, Atty No. 29995  
Brown & Kannady, LLC  
2000 S. Colorado Blvd., Suite 2-440  
Denver, Colorado 80222  

**Attorneys for Plaintiff**

/s/ Jonathan LA Phillips  
Jonathan LA Phillips  
John T.D. Bathke  
Shay Phillips, Ltd.  
456 Fulton Street, Suite 255  
Peoria, Illinois 61602  

**Attorneys of Defendant**

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2016, I electronically filed the above document with the Clerk of Court using CM/ECF which will send electronic notification of such filing to all registered counsel.

Jonathan LA Phillips
Shay Phillips, Ltd.
456 Fulton Street, Suite 255
Peoria, Illinois 61602

*/s/ Michelle Dickey*
Michelle Dickey
Original Signature on File